UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------

SANDY RODRIGUEZ NUNEZ,
individually and on behalf of all others
similarly situated,

              Plaintiffs,

-against-

LUCIANO SHIPPING, INC., *et ano.*,

              Defendants.

---------------------------------

17cv0694

ORDER

WILLIAM H. PAULEY III, Senior United States District Judge:

        This Court has reviewed the settlement agreement (ECF No. 36) and finds it to be fair and reasonable under Cheeks v. Freeport Pancake House, 796 F.3d 199 (2d Cir. 2015). The Clerk of Court is directed to mark this case as closed.

Dated: June 7, 2018
      New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.